IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Daniel Patton,                                  :
                 Appellant          :
                                       :
                 v.                :   No. 1608 C.D. 2018
                                         :
Commonwealth of Pennsylvania,                   :
Department of Transportation,                   :
Bureau of Driver Licensing                      :

# **O R D E R**

NOW, January 30, 2020, having considered Appellant's application for reargument, the application is denied.

 

 

                                                      _____

                                                      MARY HANNAH LEAVITT,
                                                      President Judge